**ORIGINAL**

FILED

2006 OCT 17  AM 8:27

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF, JUDGE)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 06CR1740-02-H |
| Plaintiff, ) | |
| v. ) | **O R D E R** |
| **MIGUEL TAMAYO-AGUIRRE,** ) | |
| Defendant. ) | |

Good cause appearing therefore:

**IT IS HEREBY ORDERED** that additional investigation fees not to exceed $1,000.00 at this time are authorized for an investigator.

**SO ORDERED.**

Dated: 10/16/06

HON. MARILYN L. HUFF, Judge
United States District Court

06CR1740-02