1  CAROL C. LAM
   United States Attorney
2  JONATHAN I. SHAPIRO
   Assistant United States Attorney
3  California State Bar No. (pending)
   United States Attorney's Office
4  Federal Office Building
   880 Front Street, Room 6293
5  San Diego, California 92101
   Telephone: (619) 557-7085
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10  UNITED STATES OF AMERICA, | Criminal Case No. 06CR1740-H |
| 11             Plaintiff, | |
| 12        v. | STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND |
| 13  MIGUEL ARTURO TAMAYO-AGUIRRE (2), | ORDER THEREON |
| 14             Defendant. | (Post-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam, United States Attorney, and Jonathan I. Shapiro, Assistant United States Attorney, and defendant MIGUEL ARTURO TAMAYO-AGUIRRE, by and through and with the advice and consent of defense counsel, Inge Brauer, Esq., that:

1.   Defendant agrees to execute this stipulation on or before the disposition date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to plead guilty to Count 2 of the Indictment which charges defendant with a non-mandatory minimum count of Transportation of Aliens and Aiding and Abetting, in violation of 8 U.S.C. §1324(a)(1)(A)(ii) and (v)(II).

2.   Defendant agrees to plead guilty to the charge described above pursuant to the plea agreement on or before **October 17, 2006.**

3. The material witnesses, Jesus Soto-Marin, Concepcion Meza-Martinez, Luis Fernando Valles-Perez, and Angel Perez-Carlos, in this case:

    a. Are aliens with no lawful right to enter or remain in the United States;

    b. Entered or attempted to enter the United States illegally on or about July 18, 2006;

    c. Were found in a vehicle driven by codefendant near Campo, California, and that defendant knew or acted in reckless disregard of the fact that they were aliens with no lawful right to enter or remain in the United States;

    d. Were paying $2000 to others to be brought into the United States illegally and/or transported illegally to their destination therein; and,

    e. May be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

4. After the material witnesses are ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a. The stipulated facts set forth in paragraph 3 above shall be admitted as substantive evidence;

    b. The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witnesses provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of unavailable witnesses; and,

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witnesses who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witnesses in this case.

Stipulation of Fact and Joint Motion for Release of
Material Witnesses And Order Thereon in
United States v. Miguel Arturo Tamayo-Aguirre (2)    2    06CR1740-H

5. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witnesses to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

CAROL C. LAM
United States Attorney

Dated: 10/17/06

JONATHAN I. SHAPIRO
Assistant United States Attorney

Dated: 10/16/06

INGE BRAUER
Defense Counsel for Jerman Tamayo-Aguirre

Dated: 10/16/06

MIGUEL ARTURO TAMAYO-AGUIRRE
Defendant

---

**ORDER**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witnesses be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

Dated: 10/17/06

United States Magistrate Judge

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Tamayo-Aguirre (1) ) <br> ) <br> Defendant(s) ) <br> ) | CRIMINAL NO. 06CR1740-H <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States ~~District~~/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court)).

ANGEL PEREZ-CARLOS

DATED: 10/17/06

RECEIVED _____
        DUSM

OR

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

W. SAMUEL HAMRICK, JR.   Clerk
by _____
                Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. 06CR1740-H |
| | ) | |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Tamayo-Aguirre (1) | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States ~~District~~/Magistrate Judge,  RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

LUIS FERNANDO VALLES-PEREZ

DATED: 10/17/06

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
            DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk

by _____
         Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff<br><br>         vs.<br><br>Tamayo - Aguirre (1)<br><br>                    Defendant(s) | CRIMINAL NO. 06CR1740-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

CONCEPCION MEZA - MARTINEZ

DATED: 10/17/06

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
             DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
             Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>Tamayo-Aguirre (1) )<br>)<br>Defendant(s) )<br>_____ ) | CRIMINAL NO. 06CR1740-H<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/Magistrate Judge, RUBEN B. BROOKS

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Jesus Soto-Marin

DATED: 10/17/06

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-561-774/70062